IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| OLIVIA B. CHAVEZ OLSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY DELCORE, M.D., an individual,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO LACK OF INFORMED CONSENT<br><br>Case No. 2:07-CV-334 TS |

This matter is before the Court on Defendant's Motion in Limine to Exclude Reference to Lack of Informed Consent. Defendant argues that Plaintiff should be precluded from making any argument or claim on a lack of informed consent. Plaintiff has provided notice that it does not oppose Defendant's Motion and has indicated that she does not assert a claim based on a theory of lack of informed consent.

It is therefore

ORDERED that Defendant's Motion in Limine to Exclude Reference to Lack of Informed Consent (Docket No. 52) is GRANTED.

1

DATED   September 23, 2009.

                                    BY THE COURT:

                                    _____

                                    TED STEWART
                                    United States District Judge